

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00110-CR**

**IN RE KELLY LEE DICKEY**

_____

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator Kelly Dickey filed a petition for writ of mandamus on April 3, 2017 asking this Court to issue an order directing the trial court to make a ruling on his "motion to reopen time for appeal."  On April 19, 2017, this Court denied the petition for writ of mandamus noting that Dickey had not included a copy of the motion filed in the trial court.  *See* TEX.R.APP.P. 52.7.  Dickey has now provided a copy of that motion and has filed a motion for rehearing.  We will grant the motion for rehearing, withdraw our prior opinion and judgment, and substitute the following opinion.

Relator's petition for writ of mandamus is denied.

AL SCOGGINS<br>Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; Petition denied
Opinion delivered and filed August 2, 2017
Do not publish
[OT06]

